LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GUADALUPE OLIVA,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER OFFICERS; CLARK COUNTY DETENTION CENER; JANE DOE'S (A-Z), JOHN DOE'S (aa-z),<br><br>Defendant. | Case No.: 2:22-cv-00959-RFB-DJA<br><br>**SUBSTITUTION OF ATTORNEYS** |

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendant, Las Vegas

/ / /

/ / /

Metropolitan Police Department ("LVMPD") in the above-entitled action, in place of Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

DATED this 23rd day of July, 2026.

KAEMPFER CROWELL

By: */s/ Lyssa Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

***Attorneys for Defendant***
***Las Vegas Metropolitan Police Department***

DATED this 23rd day of July, 2026.

We hereby consent to the substitution.

Las Vegas Metropolitan Police Department

By: */s/ Matthew Christian*
Name: Matthew Christian
Assistant General Counsel for Las Vegas Metropolitan Police Department

/ / /

/ / /

/ / /

/ / /

/ / /

We hereby agree to the substitution of Kaempfer Crowell as attorneys for LVMPD.

DATED this 23rd day of July, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Robert W. Freeman*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

**ORDER**

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2026

**CERTIFICATE OF SERVICE**

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **SUBSTITUTION OF ATTORNEYS** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

GUADALUPE OLIVA
809 N. Wallace Drive
Las Vegas, Nevada 89107
725-321-2396
*Plaintiff in Proper Person*

DATED this 23rd day of July, 2026.

*/s/ Robin Callaway*
an employee of Kaempfer Crowell